IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON ANGER, | ) |
|          Petitioner, | ) 2:11cv1421 |
| | ) **Electronic Filing** |
| v. | ) |
| M. WENEROWICZ; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, Linda C. Kelly, | ) Judge Cercone / |
| | ) Magistrate Judge Kelly |
|          Respondents. | ) |

## MEMORANDUM ORDER

The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, ECF No. 3, was filed *pro se* by Leon Anger, who was, at the time of initiating this case, incarcerated in the State Correctional Institute at Graterford. The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation, ECF No. 12, filed on September 10, 2012, recommended that the Petition be dismissed for Petitioner's failure to prosecute. Petitioner was informed that he had until September 27, 2012 by which to file objections to the Report. Petitioner did not file any objections.

Accordingly, after *de novo* review of the Report and Recommendation,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is dismissed with prejudice and the Report and Recommendation adopted as the opinion of the Court. The Clerk shall mark this case CLOSED.

Dated: October 22nd, 2012

                                                        David Stewart Cercone
                                                        United States District Judge

cc: The Honorable Maureen P. Kelly
Rusheen R. Pettit, Esquire
(*Via CM/ECF Electronic Mail*)

Leon Anger
HY-4203
SCI Graterford
P.O. Box 244
Graterford, PA 19426
(*Via First Class Mail*)